Dismissed and Memorandum Opinion filed October 23, 2003









Dismissed and Memorandum Opinion filed October 23,
2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00757-CV

____________

 

AMERICAN RESOURCES, INC.,
Appellant

 

V.

 

LAW
ENGINEERING AND ENVIRONMENTAL SERVICES, INC.,

LAW ENGINEERING, INC., LAW COMPANIES
GROUP, INC., ENSITE, INC., SWH MANAGEMENT, HINGES INTERESTS LIMITED PARTNERSHIP

and JOHN MOOZ, Appellees

 



 

On Appeal from the 129th
District Court

Harris County, Texas

Trial Court Cause No.
96-28330-B

 



 

M E M O R A N D U M  
O P I N I O N

This is an appeal from a judgment signed June 26, 2002.  This Court ordered the parties to
mediation.  Pursuant to this Court=s order, the parties participated in
mediation and a partial settlement was reached. 
The parties asked that the case be abated so that settlement
negotiations could continue.  Accordingly,
this Court abated the appeal.








On October 9, 2003, appellant filed a motion to dismiss the
appeal because its dispute with all appellees has
been settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 23, 2003.

Panel consists of Chief Justice Brister and Justices Anderson and Seymore.